1  Michael M. Edwards
   Nevada Bar No. 006281
2  Sheri M. Thome
   Nevada Bar No. 008657
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, Nevada 89101
   (702) 727-1400; FAX (702) 727-1401
5  michael.edwards@wilsonelser.com
   sheri.thome@wilsonelser.com
6  *Attorneys for Defendants*

7  UNITED STATES DISTRICT COURT

8  DISTRICT OF NEVADA

9
   IVAN GOLDSMITH, individually; GOLDSMITH         CASE NO: 2:12-cv-00490-LDG-CWH
10 HEALTH CARE, LTD., a Nevada Professional
   Corporation,
11
              Plaintiff,                            **STIPULATION AND [ ORDER**
12                                                  **FOR EXTENSION OF TIME TO FILE**
        v.                                          **JOINT PRETRIAL ORDER**
13
   JAMES D. SILL, individually; MATTHEW J.          (First Request)
14 SILL, individually; SILL & MEDLEY, PLLC, an
   Oklahoma Professional Limited Liability Company;
15 BEHRAM V. PAREKH, individually; KIRTLAND
   & PACKARD, LLP, a California Limited Liability
16 Partnership; FINKELSTEIN THOMPSON, LLP, a
   Limited Liability Partnership, operating out of the
17 District of Columbia and California, DOES I-X,
   inclusive,
18
              Defendants.
19

20        Defendants Finkelstein Thompson, LLP, James D. Sill, Matthew J. Sill and Sill & Medley,
21 PLLC n/k/a Sill Law Group, PLLC (hereinafter "Defendants"), by and through their counsel of
22 record, MICHAEL M. EDWARDS, ESQ. and SHERI M. THOME, of the law firm WILSON,
23 ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiffs Ivan Goldsmith and
24 Goldsmith Health Care, Ltd., by and through their counsel of record, E. BRENT BRYSON, ESQ. of
25 the law offices of E. BRENT BRYSON, P.C., hereby stipulate and agree to extend the deadline for
26 filing the Joint Pretrial Order from April 24, 2014 to May 21, 2014. This is the parties' first request
27 for extension of the deadline.
28

784189v.1

1  The parties have not been able to meet and confer as to the topics required by the Joint
2  Pretrial Order, and need additional time to do so, necessitating the extension.

DATED this 21 day of April, 2015

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: _____
Michael M. Edwards, Esq.
Nevada Bar No. 006281
Sheri M. Thome, Esq.
Nevada Bar No. 008657
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants*

DATED this 20th day of April, 2015

**E. BRENT BRYSON, LTD.**

BY: /s/ E. Brent Bryson
E. Brent Bryson, Esq.
Nevada Bar No. 004933
3202 W. Charleston Boulevard
Las Vegas, Nevada 89102
*Attorney for Plaintiff*

**ORDER**

GOOD CAUSE SHOWN, IT IS SO ORDERED

Dated this 22 day of April, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

LLOYD D. GEORGE