1  Michael M. Edwards
   Nevada Bar No. 006281
2  Sheri M. Thome
   Nevada Bar No. 008657
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, Nevada  89101
   (702) 727-1400; FAX (702) 727-1401
5  michael.edwards@wilsonelser.com
   sheri.thome@wilsonelser.com
6  *Attorneys for Defendants*

7              UNITED STATES DISTRICT COURT

8                   DISTRICT OF NEVADA

| | |
|---|---|
| IVAN GOLDSMITH, individually; GOLDSMITH HEALTH CARE, LTD., a Nevada Professional Corporation, | CASE NO: 2:12-cv-00490-LDG-CWH |
| Plaintiff, | **STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE JOINT PRETRIAL ORDER** |
| v. | |
| JAMES D. SILL, individually; MATTHEW J. SILL, individually; SILL & MEDLEY, PLLC, an Oklahoma Professional Limited Liability Company; BEHRAM V. PAREKH, individually; KIRTLAND & PACKARD, LLP, a California Limited Liability Partnership; FINKELSTEIN THOMPSON, LLP, a Limited Liability Partnership, operating out of the District of Columbia and California, DOES I-X, inclusive, | (Second Request) |
| Defendants. | |

   Defendants Finkelstein Thompson, LLP, James D. Sill, Matthew J. Sill and Sill & Medley, PLLC n/k/a Sill Law Group, PLLC (hereinafter "Defendants"), by and through their counsel of record, MICHAEL M. EDWARDS, ESQ. and SHERI M. THOME, of the law firm WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP, and Plaintiffs Ivan Goldsmith and Goldsmith Health Care, Ltd., by and through their counsel of record, E. BRENT BRYSON, ESQ. of the law offices of E. BRENT BRYSON, P.C., hereby stipulate and agree to extend the deadline for filing the Joint Pretrial Order from May 21, 2015 to June 11, 2015.  This is the parties' second request for extension of the deadline.

797440v.1

1  The parties have been diligently working to prepare the Joint Pretrial Order. However, due
2  to the volume of the discovery and evidence in this case, the parties respectfully request a twenty-
3  one (21) day extension to the deadline to file the proposed joint pretrial order.

4  DATED this 18th day of May, 2015

5  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

7  BY: _____
   Michael M. Edwards, Esq.
8  Nevada Bar No. 006281
   Sheri M. Thome, Esq.
9  Nevada Bar No. 008657
   300 South Fourth Street, 11th Floor
10 Las Vegas, Nevada 89101
   *Attorneys for Defendants*

11 DATED this 18th day of May, 2015

12 **E. BRENT BRYSON, LTD.**

14 BY: /s/ E. Brent Bryson
   E. Brent Bryson, Esq.
15 Nevada Bar No. 004933
   3202 W. Charleston Boulevard
16 Las Vegas, Nevada 89102
   *Attorney for Plaintiff*

### ORDER

**GOOD CAUSE SHOWN, IT IS SO ORDERED**

Dated this 19 day of May, 2015

_____
UNITED STATES DISTRICT COURT JUDGE

797440v.1