# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IVAN GOLDSMITH, et al., ) | |
| Plaintiffs, ) | Case No.  2:12-cv-00490-LDG-CWH |
| vs. ) | **ORDER** |
| JAMES D. SILL, et al., ) | |
| Defendants. ) | |

Presently before the Court is Defendant Finkelstein Thompson, LLP's Request for Exception from Attendance at Settlement Conference (ECF No. 67). Defendant requests that the representative of its insurance carrier, Ironshore, be excused from attending the settlement conference in person. Defendant states that an Ironshore representative will be available by telephone to provide all appropriate settlement authority above Defendant's claim deductible. However, Defendant does not specify the amount of the claim deductible or state whether there is an insurance retention limit for which Defendant is responsible before Ironshore is required to pay. Without this information, the Court cannot evaluate whether Ironshore's representative may be excused from the personal attendance requirement.

IT IS THEREFORE ORDERED that Defendant Finkelstein Thompson, LLP's Request for Exception from Attendance at Settlement Conference (ECF No. 67) is DENIED without prejudice.

DATED: September 3, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**