Sheri M. Thome
Nevada Bar No. 008657
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
*Attorneys for Defendants James D. Sill, Matthew J. Sill,
Sill & Medley, PLLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IVAN GOLDSMITH, individually; GOLDSMITH HEALTH CARE, LTD., a Nevada Professional Corporation, <br><br> Plaintiff, <br><br> v. <br><br> JAMES D. SILL, individually; MATTHEW J. SILL, individually; SILL & MEDLEY, PLLC, an Oklahoma Professional Limited Liability Company; BEHRAM V. PAREKH, individually; KIRTLAND & PACKARD, LLP, a California Limited Liability Partnership; FINKELSTEIN THOMPSON, LLP, a Limited Liability Partnership, operating out of the District of Columbia and California, DOES I-X, inclusive, <br><br> Defendants. | CASE NO: 2:12-cv-00490-LDG-CWH <br><br> STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON |

IT IS HEREBY STIPULATED by and between IVAN GOLDSMITH AND GOLDSMITH HEALTHCARE, LTD. ("Plaintiff") and Defendants JAMES D. SILL AND MATTHEW J. SILL ("Defendants"), and through their undersigned counsel of record, that Plaintiff's Complaint in this action be dismissed with prejudice against JAMES D. SILL and MATTHEW J. SILL only pursuant

///
///
///
///
///
///

878255v.1

to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each of the Parties bearing their own respective costs and attorneys' fees.

IT IS SO STIPULATED.

DATED this 17th day of November, 2015.

E. BRENT BRYSON, LTD.

BY: /s/ E. Brent Bryson
E. Brent Bryson, Esq.
Nevada Bar No. 004933
3202 W. Charleston Boulevard
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

DATED this 24 day of November, 2015.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

BY: /s/ Sheri Thome
SHERI M. THOME, Esq.
Nevada Bar No. 008657
CHAD C. BUTTERFIELD, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants James D. Sill, Matthew J. Sill, Sill & Medley, PLLC*

DATED this 24 day of November, 2015.

MORRIS POLICH & PURDY LLP

BY: /s/
Nicholas M. Wieczorek
Nevada Bar No. 006170
500 South Rancho Drive, Suite 17
Las Vegas, Nevada 89106
*Attorneys for Defendant Finkelstein Thompson, LLP*

## ORDER

GOOD CAUSE SHOWN, IT IS SO ORDERED

Dated this ___ day of November, 2015.

/s/ Lloyd D. George
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

878255v.1