ORIGINAL

Sheri M. Thome
Nevada Bar No. 008657
**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
(702) 727-1400; FAX (702) 727-1401
sheri.thome@wilsonelser.com
*Attorneys for Defendants James D. Sill, Matthew J. Sill,
Sill & Medley, PLLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IVAN GOLDSMITH, individually; GOLDSMITH HEALTH CARE, LTD., a Nevada Professional Corporation,<br><br>Plaintiff,<br><br>v.<br><br>JAMES D. SILL, individually; MATTHEW J. SILL, individually; SILL & MEDLEY, PLLC, an Oklahoma Professional Limited Liability Company; BEHRAM V. PAREKH, individually; KIRTLAND & PACKARD, LLP, a California Limited Liability Partnership; FINKELSTEIN THOMPSON, LLP, a Limited Liability Partnership, operating out of the District of Columbia and California, DOES I-X, inclusive,<br><br>Defendants. | CASE NO: 2:12-cv-00490-LDG-CWH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between IVAN GOLDSMITH AND GOLDSMITH HEALTHCARE, LTD. ("Plaintiff") and the remaining defendants SILL & MEDLEY, PLLC and FINKELSTEIN THOMPSON, LLP ("Defendants"), and through their undersigned counsel of record, that Plaintiffs' Complaint in this action be dismissed with prejudice pursuant to Federal Rule

///

///

///

///

///

///

884576v.1

of Civil Procedure 41(a)(1)(A)(ii), with each of the Parties bearing their own respective costs and attorneys' fees.

**IT IS SO STIPULATED.**

DATED this 25th day of November, 2015.          DATED this 2 day of December, 2015.

**E. BRENT BRYSON, LTD.**

**WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

BY: _____
E. Brent Bryson, Esq.
Nevada Bar No. 004933
3202 W. Charleston Boulevard
Las Vegas, Nevada 89102
*Attorneys for Plaintiff*

BY: _____
SHERI M. THOME, Esq.
Nevada Bar No. 008657
CHAD C. BUTTERFIELD, Esq.
Nevada Bar No. 010532
300 South Fourth Street, 11th Floor
Las Vegas, Nevada 89101
*Attorneys for Defendants James D. Sill, Matthew J. Sill, Sill & Medley, PLLC*

DATED this 1 day of December, 2015.

**MORRIS POLICH & PURDY LLP**

BY: _____
Nicholas M. Wieczorek
Nevada Bar No. 006170
500 South Rancho Drive, Suite 17
Las Vegas, Nevada 89106
*Attorneys for Defendant Finkelstein Thompson, LLP*

**ORDER**

**GOOD CAUSE SHOWN, IT IS SO ORDERED**

Dated this 10 day of December, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE
LLOYD D. GEORGE

884576v.1